FILED

09/12/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0476

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 23-0476

_____

PAIGE PAVALONE,

     Plaintiff and Appellant,

  v.

MISSOULA COUNTY SHERIFF'S OFFICE, et al.,

     Defendant and Appellee.

_____

O R D E R

Counsel for Appellant has filed a motion for extension to time to respond to Appellee's motion to dismiss. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until September 27, 2023, to file a response to Appellee's motion to dismiss.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
September 12 2023